IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Frederick Ruffin | * | |
| Plaintiff | * | |
| v. | * | Case No.: CCB-00-CV-3649 |
| Command Technologies, Inc., | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their undersigned counsel, stipulate to the dismissal, with prejudice, of the above-captioned action pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii).


_____          _____
Kathleen Wobber                          Gerard P. Martin
Parler & Wobber, LLP                     T. Christine Pham
406 East Joppa Road                      Martin, Snyder & Bernstein, P.A.
Towson, Maryland 21286                   217 East Lexington Street
(410) 832-1800                           Suite 2000
                                         Baltimore, Maryland 21202
Attorneys for Plaintiff                  (410) 547-7163

                                         Attorneys for Defendant

*Approved*
*CCBlake*
*USDJ  5-16-01*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of May, 2001, a copy of the foregoing Stipulation of Dismissal with Prejudice was mailed to the following:

Kathleen Wobber
Parler & Wobber, LLP
406 East Joppa Road
Towson, Maryland  21286

_____
T. Christine Pham